UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GUSTAVO GILES-FLORES<br>DEBTOR | CHAPTER 13 BANKRUPTCY<br>CASE NO. 16-34941 |
| GUSTAVO GILES-FLORES<br>PLAINTIFF<br>vs.<br>BRAEBURN PLAZA, INC. AND<br>JPN HOLDINGS, L.L.C.<br>DEFENDANTS | AP NO. 21-04406 |

**STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE**

Pursuant to F. R. Bank. P. 7041, the parties to the above-stated adversary proceeding stipulate that all claims and causes of action asserted or could have been asserted by the Plaintiff are dismissed with prejudice to the rights of Plaintiff to refile same.

Respectfully submitted,

Attorney for the Plaintiff

**NEWTONS.LAW**
190 N. Millport Circle
The Woodlands TX 77382
Phone (281) 681-1170
Fax (281) 901-5631

_/s/ Chuck_
**CHARLES (CHUCK) NEWTON**
Texas Bar No. 14976250
SDTX Bar No. 27900
chuck@newtons.law

Attorneys for the Defendant

**HUGHES WATTERS & ASKANASE, LLP**
1201 Louisiana, 28th Floor
Houston, TX 77002
Phone (713) 759-0818
Fax (713) 759-6834

*/s/ Michael Weems*
MICHAEL WEEMS
Texas Bar No. 24066273
Email: mweems@hwa.com

Agreed by the Plaintiff

GUSTAVO GILES-FLORES

State of Texas
County of Harris

Before me on this day personally appeared Gustavo Giles-Flores, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this day 24 of October, 2022.

CLAUDIA P. JUAREZ
Notary Public, State of Texas
Comm. Expires 01-26-2026
Notary ID 133553581

NOTARY PUBLIC'S SIGNATURE

## CERTIFICATE OF SERVICE

I certify that I caused the above Stipulation of Dismissal to be served on those stated by the means stated:

Michael Weems
Hughes Watters Askanase, LLP
*Attys for Defendants*
1201 Louisiana, 28th Floor
Houston, TX 77002

EMAIL
mweems@hwa.com

| | |
|---|---|
| Gustavo Giles-Flores<br>*Debtor / Plaintiff*<br>8824 Bissonnet Street<br>Houston TX 77074 | EMAIL<br>(Yes) |
| Regina Marie Vasquez<br>Vasquez Law Group, PLLC<br>*Bankruptcy Atty. for Debtor*<br>701 N. Post Oak Rd., Suite 655<br>Houston TX 77024 | EMAIL<br>houstoncourtign@gmail.com |

DATED:

11/4/2022

_____
**CHARLES (CHUCK) NEWTON**